**Order entered October 9, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00073-CR**
**No. 05-18-00074-CR**

**JACCARI D. JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-00673-V & F16-39215-V**

## ORDER

Appellant's brief was initially due April 8, 2018. By order dated August 20, 2018, we ordered appellant's brief filed on or before September 21, 2018. We cautioned that the failure to file a brief by that date would result in the Court utilizing the remedies available to it, including ordering that Kristin Brown be removed as appellant's appointed attorney without further notice. To date, we have had no communication from appellant and no brief has been filed.

We **ORDER** Kristin Brown **REMOVED** as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit a supplemental record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Kristin Brown; and the Dallas County District Attorney's Office.


/s/    CRAIG STODDART
JUSTICE